


1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4  RYAN REZAEI (CABN 285133)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7534
       FAX: (415) 436-7234
8      ryan.rezaei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNSEALING APP. AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, | ) NO. 4-19-71887 MAG |
| 2 | Plaintiff, | ) |
| 3 | v. | ) |
| 4 | EDUARDO GUZMAN TORRES, | ) |
| | a/k/a "Miguel" a/k/a "Mikey" a/k/a | ) |
| 5 | "Michael" a/k/a "Ramon Guzman- | ) |
| | Jimenez" a/k/a "Fortino" a/k/a "Ramon | ) |
| 6 | Jimenez" a/k/a "Fabian Cisneros" a/k/a | ) |
| 7 | "Hernan Torres Garcia" a/k/a "Mono" | ) |
| | a/k/a "Potes" a/k/a "Alex;" | ) |
| 8 | JUAN DIEGO GALLEGOS-MOYA; | ) |
| | ERNESTO OCHOA; | ) |
| 9 | ALFREDO TAPIA SANDOVAL, | ) |
| | a/k/a "Fredi Tapia-Sandoval;" | ) |
| 10 | MARCOS ALVAREZ CORONA; | ) |
| 11 | ANTONIO RAMIREZ-JIMENEZ; | ) |
| | JOSE ROSA-PEREZ, and | ) |
| 12 | ANGEL RINCON-MENETA, | ) |
| 13 | Defendants. | ) |

| | | |
|---|---|---|
| 14 | UNITED STATES OF AMERICA, | ) NO. 4-19-71925 MAG |
| 15 | Plaintiff, | ) |
| 16 | v. | ) |
| 17 | ABILENE RAMIREZ, and | ) |
| | ERICA LAGUNAS, | ) |
| 18 | Defendants. | ) |
| 19 | | |

| | | |
|---|---|---|
| 20 | UNITED STATES OF AMERICA, | ) NO. 4-19-71920 MAG |
| 21 | Plaintiff, | ) UNITED STATES' APPLICATION AND |
| | | ) [PROPOSED] ORDER TO UNSEAL |
| 22 | v. | ) COMPLAINTS AND ARREST WARRANTS |
| 23 | TERESA GUZMAN RODRIGUEZ, | ) |
| 24 | Defendant. | ) |

The United States respectfully moves this Court to unseal the complaints, affidavits filed in support of the complaints, arrest warrants, and all related papers in the three above-captioned matters.

UNSEALING APP. AND [PROPOSED] ORDER

Due to the arrests and related court appearances in the above-captioned matters, and the next steps the United States plans to take with respect to charging, the United States believes that it is no longer necessary for the documents to be sealed. The United States requests that these matters be unsealed Thursday, December 5, 2019, at 8:30 a.m.

DATED: December 3, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/ Ryan Rezaei

RYAN REZAEI
Assistant United States Attorney

## [PROPOSED] ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the complaints, affidavits filed in support of the complaints, arrest warrants, and all related papers in the three above-captioned matters be unsealed at 8:30 a.m., on Thursday, December 5, 2019.

IT IS SO ORDERED.

DATED: 12/4/19

HONORABLE DONNA M. RYU
United States Magistrate Judge

UNSEALING APP. AND [PROPOSED] ORDER