1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  RYAN REZAEI (CABN 285133)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7534
7       FAX: (415) 436-7234
        ryan.rezaei@usdoj.gov
8
   Attorneys for United States of America

**FILED**

**DEC 05 2019**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

STIPULATION

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, | ) NO. 4-19-71887 MAG |
| 2 | Plaintiff, | ) |
| 3 | v. | ) |
| 4 | EDUARDO GUZMAN TORRES, | ) |
| 5 | a/k/a "Miguel" a/k/a "Mikey" a/k/a "Michael" a/k/a "Ramon Guzman- | ) |
| 6 | Jimenez" a/k/a "Fortino" a/k/a "Ramon Jimenez" a/k/a "Fabian Cisneros" a/k/a | ) |
| 7 | "Hernan Torres Garcia" a/k/a "Mono" a/k/a "Potes" a/k/a "Alex;" | ) |
| 8 | JUAN DIEGO GALLEGOS-MOYA; ERNESTO OCHOA; | ) |
| 9 | ALFREDO TAPIA SANDOVAL, | ) |
| 10 | a/k/a "Fredi Tapia-Sandoval;" MARCOS ALVAREZ CORONA; | ) |
| 11 | ANTONIO RAMIREZ-JIMENEZ; JOSE ROSA-PEREZ, and | ) |
| 12 | ANGEL RINCON-MENETA, | ) |
| 13 | Defendants. | ) |

| | | |
|---|---|---|
| 14 | UNITED STATES OF AMERICA, | ) NO. 4-19-71920 MAG |
| 15 | Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER VACATING PRELIMINARY HEARING |
| 16 | v. | ) |
| 17 | TERESA GUZMAN RODRIGUEZ, | ) |
| 18 | Defendant. | ) |

A preliminary hearing and arraignment are set for December 6, 2019, for defendants EDUARDO GUZMAN TORRES and TERESA GUZMAN RODRIGUEZ. The grand jury returned an indictment as to both defendants today. The parties therefore stipulate and agree that the preliminary hearing should be vacated as to both defendants. The parties further agree that the arraignment for both defendants should be reset for 10:30 a.m. on December 9, 2019, when the detention hearing for TERESA GUZMAN RODRIGUEZ will be held before the Court.

//

//

//

STIPULATION

SO STIPULATED

Dated: December 5, 2019

/s/
RYAN REZAEI
Assistant U.S. Attorney

Dated: December 5, 2019

/s/
ERIK BABCOCK
Attorney for Defendant
TERESA GUZMAN RODRIGUEZ

Dated: December 5, 2019

/s/
JEROME MATHEWS
Attorney for Defendant
EDUARDO GUZMAN

## [PROPOSED] ORDER

Based on the stipulation of the parties, and good cause appearing therefore, the Court HEREBY ORDERS that the preliminary hearings and arraignments for EDUARDO GUZMAN TORRES and TERESA GUZMAN RODRIGUEZ, which are currently scheduled for December 6, 2019, are vacated. The Court orders that their arraignments on the indictment are set for Monday, December 9, 2019, during the Court's 10:30 a.m. calendar.

IT IS SO ORDERED.

DATED: 12/5/19

HONORABLE DONNA M. RYU
United States Magistrate Judge

STIPULATION