UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TERESA GUZMAN RODRIGUEZ,<br><br>　　　　　　Defendant. | Case No. 19-cr-00655-HSG-12<br><br>**ORDER REGARDING MAY 5 IN-PERSON HEARING** |

　　　　An in-person change of plea and sentencing hearing is currently set for May 5, 2021, at 10:00 A.M.  In light of the evolving developments with coronavirus (COVID-19) and consistent with General Order No. 72-6, the hearing will take place in Courtroom 2 on the Fourth Floor, at 1301 Clay Street, Oakland, California.  In order to protect the health of parties, attorneys, and court staff, no more than ten people will be permitted in the courtroom during the hearing.  This includes the Judge, Courtroom Deputy, Court Security Officers, attorneys, and Defendant.  To streamline the in-person proceedings, the Court **DIRECTS** the parties to meet and confer to discuss who will attend the hearing and email the list of proposed attendees (with all counsel cc'd) to HSGpo@cand.uscourts.gov.  In the same email, the Court further **DIRECTS** the government to indicate whether the offense of conviction is subject to the mandatory remand statute, 18 U.S.C. § 3143.  The parties shall email the Court by no later than April 28, 2021.

　　　　All persons attending the hearing in person must take the pre-screening questionnaire on the Court's website: http://cand.uscourts.gov/wp-content/uploads/2020/05/CAND-COVID-19-Pre-Screening-Questionnaire.pdf.  U.S. Probation and/or Pretrial Services officers may appear telephonically, and all others who are not present but wish to listen to the proceedings may do so by calling in, using the following credentials:

**Dial-In:** 888-808-6929

**Passcode:** 6064255

Persons granted remote access to court proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings (including those held by telephone or videoconference).  *See* General Order 58 at Paragraph III.  Any recording of a court proceeding held by video or teleconference, including "screen-shots" or other visual copying of a hearing, is absolutely prohibited.  Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, or any other sanctions deemed necessary by the court.

**IT IS SO ORDERED.**

Dated:  4/22/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge