# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| Date: May 5, 2021 | Time: 10:13-11:21 a.m. (1 Hour and 8 Minutes) | Judge: HAYWOOD S. GILLIAM, JR. |
|---|---|---|
| Case No.: 4:19-cr-00655-HSG-12 | Case Name: USA v. Rodriguez | |

**Defendant:** Teresa Guzman Rodriguez **(Present)**
**Attorney for Plaintiff:** Molly Smolen
**Attorney for Defendant:** Bruce Funk
**Probation Officer:** Joan Vasquez-Santiago for Melissa Moy
**Spanish Interpreter:** Ines Swaney (sworn)

**Deputy Clerk:** Nikki D. Riley          **Court Reporter:** Raynee Mercado

**PROCEEDINGS:** PLEA AND SENTENCING-Held

**Notes:** Defendant is arraigned on the superseding information (docket no. 173) filed on April 28, 2021. Defendant is sworn; Plea agreement is signed and filed in open court; Defendant admits to count one of the single count superseding information. The Court sentences the defendant to 37 months BOP; three years of supervised release under the usual terms and conditions and the special conditions; fine is waived; and $100.00 special assessment. Count one of the indictment (docket no. 18) is dismissed as to this defendant. See J&C for additional details. Defendant is ordered to self-surrender on June 21, 2021 to the federal institution designated by the Bureau of Prisons or to the United States Marshal, if no designation is made.